No. 4187.—Pueblo, apldo., *v.* Zayas, aplte.—C. D. Ponce.
Mayo 3, 1932.

Habiendo sido revocada en febrero 25, 1932, por la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito, la sentencia de este Tribunal de diciembre 19, 1930, que revocó la que dictó la Corte de Distrito de Ponce en enero 10, 1930, en el caso de epígrafe, por los fundamentos de la opinión emitida .por la expresada Corte de Circuito se confirma la sentencia apelada, debiendo enviar el Secretario-Repórter de este Tribunal a la Corte de Distrito de Ponce una copia certificada del mandato remitido por la Corte de Circuito antes mencionada a los fines de la ejecución de la sentencia.

No. 4734.—Pueblo, apldo., *v.* Ugarte, aplte.—C. D. Arecibo.
Mayo 27, 1932.

(Por la corte, a propuesta del Juez Asociado señor Wolf.)

Por cuanto, si bien el apelante ha presentado en su alegato un análisis de la prueba para tratar de convencernos de que la Corte erró al apreciarla, sin embargo hubo prueba bastante fuerte para sostener la acusación y no encontramos que el juez se equivocó al declarar a dicho acusado culpable del delito de portar armas;

Por cuanto, en su llamada relación del caso el apelante sólo presenta una narración de aquella prueba que le favorece y no relata la prueba del fiscal consistente en las declaraciones de por lo menos cuatro testigos que manifestaron durante el juicio que el acusado portaba un puñal por la vía pública de Arecibo; por lo que el acusado ha dejado de cumplir con el Reglamento de esta Corte y su recurso podría desestimarse por este motivo:

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Arecibo con fecha 30 de octubre, 1931.

No. 4705.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. San Juan.
Mayo 31, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Siendo cuestiones de hecho las únicas levantadas por el apelante y no apareciendo que la corte de distrito haya cometido error alguno al apreciar la prueba y al resolver el conflicto en contra del acusado, se confirma la sentencia apelada dictada en junio 18 de 1931.